**HERRICK HOSPITAL AND HEALTH SYSTEM, Plaintiff–Appellant,**

v.

**Tommy G. THOMPSON, Secretary of the Department of Health and Human Services,\* Defendant–Appellee.**

No. 99–16971.

D.C. No. CV–98–01691–VRW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 15, 2001.

Decided May 24, 2001.

Before GOODWIN, HUG, and W. FLETCHER, Circuit Judges.

MEMORANDUM \*\*

We affirm based upon the well-reasoned decision of the District Court filed on July 21, 1999.

---

\* Tommy G. Thompson is substituted for his predecessor, Donna E. Shalala, as Secretary of Health and Human Services. Fed. R.App. P. 43(c)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

